AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 2:23-cv-12140
Hon. Laurie J. Michelson

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __DV Injury Law PLLC__
was received by me on *(date)* __10-24-2023__.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Venar Road Ayar__, who is
designated by law to accept service of process on behalf of *(name of organization)* __DV Injury Law PLLC__ on *(date)* __12pm, 10-26-23__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____.

My fees are $ __26.00__ for travel and $ __29.00__ for services, for a total of $ __55.00__.

I declare under penalty of perjury that this information is true.

Date: __10-27-2023__

_____
Server's signature

Paris Boyce / Process Server
Printed name and title

24333 Southfield Rd, Suite 106
Southfield, MI 48075
Server's address

Additional information regarding attempted service, etc: