

AO 440 (Rev. 06/12) Summons in a Civil Action

## Summons and Complaint Return of Service

Case No. 2:23-cv-12140
Hon. Laurie J. Michelson

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Venar Raad Ayar
was received by me on *(date)*   11/9/23   .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Jayme Ayar who stated she was his wife, a person of suitable age and discretion who resides there, on *(date)* 11/12/23 @ 4:56 pm , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 140.00  .

I declare under penalty of perjury that this information is true.

Date: 11/13/23

*Server's signature*

Jennifer Goble, Process Server
*Printed name and title*

32612 Donnelly, Garden City, MI 48135
*Server's address*

Additional information regarding attempted service, etc: