IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JORGE ALEJANDRO ROJAS,
Plaintiff,

                    Case. No. 2:23-cv-12140-LVP-EAS
vs.               Hon. District Court Judge Linda V. Parker
                    Hon. Magistrate Judge Elizabeth A. Stafford

DV INJURY LAW PLLC,
VENAR RAAD AYAR and
DANIEL P. HEILBRUN,
Defendants.

_____

## **DEFENDANTS' OFFER OF JUDGMENT**

    NOW COME DEFENDANTS DV Injury Law PPLC, Venar Raad Ayar and Daniel P. Heilbrun and they file this Offer Of Judgment. Pursuant to Federal Rule of Civil Procedure 68 these Defendants make an Offer of Judgment to Plaintiff Jorge Alejandro Rojas that Defendants will pay $10.00 (Ten Dollars) to Plaintiff Jorge Alejandro Rojas in exchange for his consent to an Order of Dismissal with Prejudice of his Complaint against Defendants.

    */S/ Mark L. Teicher (P34301)*
    Attorney for DV Injury Law PLLC, Venar Raad Ayar
    And Daniel P. Heilbrun

    Mark L. Teicher (P34301)
    Of Counsel
    Law Office of Venar Raad Ayar, PLLC
    30095 Northwestern Hwy., Suite 102
    Farmington Hills, MI  48334

    Dated: December 7, 2023