IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| JORGE ALEJANDRO ROJAS | )<br>)<br>) |
| Plaintiff/Counter-Defendant | )<br>) Case No. 23-cv-12140<br>) Hon. Linda V. Parker |
| v. | )<br>) |
| DV INJURY LAW PLLC, VENAR RAAD AYAR and DANIEL HELBRUN, | )<br>)<br>)<br>) |
| Defendants/Counter-Plaintiffs/<br>Third-Party Plaintiffs, | )<br>)<br>) |
| v. | )<br>) |
| MARK DOMBROWSKI, | )<br>) |
| Third-Party Defendant. | ) |

## **PLAINTIFF/COUNTER-DEFENDANT, JORGE ALEJANDRO ROJAS', APPEARANCE OF ATTORNEY**

TO: CLERK OF THE COURT

Please enter our Appearance, Johnston, Sztykiel, Hunt, Fraser, Gold & Barron, PC. on behalf of the Plaintiff/Counter-Defendant, JORGE ALEJANDRO ROJAS, by and through his Counsel, JEANNE V. BARRON, in the above referenced matter.

Respectfully submitted,

Law Offices of
JOHNSTON, SZTYKIEL & HUNT,
FRASER, GOLD & BARRON, P.C.

                                              BY    */s/ Jeanne V. Barron*
                                                                 JEANNE V. BARRON (P37138)
                                                                 Attorney for Counter-Defendant Rojas
                                                                 3250 West Big Beaver Road, #500
                                                                Troy, Michigan 48084
                                                                (248) 641-1800; Fax: (248) 641-3845
                                                               jbarron@jshlawmi.com

DATED:   December 16, 2023