## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

JORGE ALEJANDRO ROJAS,

       Plaintiff,

                                   Case No. 23-12140

v.                                 Honorable Linda V. Parker

DV INJURY LAW PLLC, et al.,

       Defendant.

_____ /


## NOTICE TO APPEAR FOR CASE MANAGEMENT STATUS AND SCHEDULING CONFERENCE


       **YOU ARE NOTIFIED TO APPEAR BY TELEPHONE ON January 18, 2024 at 3:00 PM** for a Case Management Status and Scheduling Conference.  **Counsel shall call the Court's conference line at 1-810-674-0063 and use Access Code 706212959#.**

       Counsel shall comply with Fed. R. Civ. Proc. Rule 26(f) and submit to the Court a joint discovery plan **no later than 3 business days before the conference**.  In addition to the contents required under Rule 26(f), the joint discovery plan shall contain a case summary that:

- Summarizes the background of the action, the principal factual and legal issues for both sides, and the relief sought by the plaintiff(s);

- Outlines the proposed discovery and proposes an appropriate management plan, including a schedule setting discovery cut-off and trial dates; and

1

- Describes any outstanding or anticipated discovery disputes, the bases for any objections, and any anticipated motions, including dispositive motions

The proposed discovery plan and case summary **shall be filed with the Court**.

Please be prepared to discuss the following, when relevant, at the Scheduling Conference:

1. The issues and narrowing the issues;
2. Subject matter jurisdiction;
3. Relationship to other cases;
4. Necessity of amendments to pleadings, additional parties, third-party complaints, etc.;
5. Settlement, including alternative dispute resolution;
6. Progress of discovery (counsel is instructed to commence significant discovery prior to the conference);
7. Issues which may appropriately be resolved by motion; and
8. Estimated trial length

Where applicable, the Court directs counsel to discuss case evaluation (formerly "mediation") with their clients, and the prospect of obtaining authority to stipulate to be bound by the provisions of Mich. Ct. R. 2.403, including the section dealing with sanctions.  Where case evaluation is not applicable, the Court directs counsel to discuss alternative methods of settlement (e.g., facilitation) with their clients.


Dated: December 19, 2023                          s/Linda V. Parker
                                                  U.S. DISTRICT JUDGE

### Certificate of Service

I hereby certify that on this date, December 19, 2023, a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first-class U.S. mail.


                                                  s/A. Flanigan
                                                  Case Manager
                                                  (313) 234-5524

2