# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

| | | |
|---|---|---|
| Jorge Alejandro Rojas | ) | |
| *Plaintiff,* | ) | |
| v. | ) | Civil Action No. 2:23-cv-12140 |
| DV Injury Law PLLC et al | ) | |
| *Defendant and Third-Party Plaintiff,* | ) | Hon. Linda V. Parker |
| v. | ) | |
| Mark Dombrowski | ) | |
| *Third-Party Defendant.* | ) | |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: Mark Dombrowski

A lawsuit has been filed against defendant _____DV Injury Law PLLC_____, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff _____Jorge Alejandro Rojas_____.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Mark L. Teicher
Law Office of Mark L Teicher
32969 Hamilton Court
Suite 115
Farmington Hills, MI 48334

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Andrew Roman Perrong
Perrong Law LLC
2657 Mt. Carmel Ave
Glenside, PA 19038

If you fail to respond, judgment by default may be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

*KINIKIA D. ESSIX, CLERK OF COURT*　　　　　　　　　By: s/ S Schoenherr
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Clerk or Deputy Clerk*

　　　　　　　　　　　　　　　　　　　　　　　　　　　Date of Issuance: December 27, 2023



AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# Summons and Complaint Return of Service

Case No. 2:23-cv-12140
Hon. Linda V. Parker

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Mark Dombrowski
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc: