UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORGE ALEJANDRO ROJAS,

       Plaintiffs,

                                                                     Case No. 23-12140

v.                                                             Honorable Linda V. Parker

DV INJURY LAW PLLC, et al.,

       Defendant.

_____/

## SCHEDULING ORDER (PHASE I)

| YOU WILL RECEIVE NO FURTHER NOTICE OF THESE DATES | |
|---|---|
| Rule 26(a)(1) Initial Disclosure Exchanged By: | February 2, 2024 |
| Lay and Expert Witness Lists Filed By: | March 15, 2024 |
| Rule 26(a)(2) Expert Disclosures Exchanged By: | Plaintiff – April 5, 2024<br>Defendant – April 30, 2024 |
| Deadline to Request Case Evaluation:[1] | May 29, 2024 |
| Discovery Cut-off: | May 31, 2024 |
| Settlement Conference: | Referred to Magistrate Judge Elizabeth A. Stafford |
| Dispositive Motion Cut-off Filed By: | July 31, 2024 |
| Jury Trial: Yes ■ No ☐ | Estimated Length of Trial: 20 Days |

**REFER TO THE COURT'S PRACTICE GUIDELINES FOR INFORMATION RELEVANT TO THE DATES AND ACTIVITIES SET FORTH ABOVE**

       **IT IS SO ORDERED**.

                                             s/ Linda V. Parker
                                             LINDA V. PARKER
Dated: January 18, 2024                  U.S. DISTRICT JUDGE

---

[1] The parties may submit the case to facilitation in lieu of case evaluation. A proposed stipulated order referring the case to facilitation shall be submitted to the Court via the utilities function on CM/ECF no later than this deadline. The proposed order must identify the facilitator and the date set for facilitation. Facilitation must occur no later than **July 10, 2024.**