UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Jorge Alejandro Rojas,

                Plaintiff(s),

v.                                            Case No. 2:23−cv−12140−LVP−EAS
                                            Hon. Linda V. Parker

DV Injury Law PLLC, et al.,

                Defendant(s),

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to U.S. Magistrate Judge Stafford pursuant to 28 U.S.C. § 636(b)(3), for the following purpose(s):

- **Conduct settlement conference**

                                              s/Linda V. Parker
                                              Linda V. Parker
                                              United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                              s/A Flanigan
                                              Case Manager

Dated:  March 5, 2024