# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Jorge Alejandro Rojas<br><br>        Plaintiff,<br><br> v.<br><br><br>DV Injury Law PLLC, Venar Raad Ayar, and Daniel P. Heilbrun<br><br>        Defendants.<br><br>*And Associated Counterclaims and Third Party Claims* | Case No. 2:23-cv-12140-LVP-EAS<br><br><br>**JURY TRIAL DEMANDED**<br>**JUDGE PARKER**<br>**MAGISTRATE J. STAFFORD** |

### PLAINTIFF/COUNTER DEFENDANT JORGE ALEJANDRO ROJAS' NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Pursuant to FED. R. CIV. P. 68, notice is hereby given that Plaintiff/Counter Defendant Jorge Alejandro Rojas ("Plaintiff"), through the undersigned counsel, hereby accepts the Offer of Judgment served by Defendants/Counter Plaintiffs DV Injury Law PLLC, Venar Raad Ayar, and Daniel P. Heilbrun ("Defendants"), for entry of judgment against the Defendants and in favour of the Plaintiff, for One Thousand Five Hundred Dollars and No Cents ($1,500.00), together with costs accrued, as provided by Rule 68(a), to be later filed as part of a bill of costs.

The Offer of Judgment is filed concurrently herewith.

RESPECTFULLY SUBMITTED AND DATED this March 28, 2024.

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> PA Bar #333687
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com
> *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 28, 2024, a copy of the foregoing was filed via ECF, which will send an electronic copy to all counsel of record in this matter. I further certify that a courtesy copy of the foregoing was served electronically on counsel for the Defendants via e-mail at marklteicher@aol.com and via First Class Mail to:

Mark L. Teicher
30095 Northwestern Highway #102
Farmington Hills, MI 48334

> */s/ Andrew Roman Perrong*
> Andrew Roman Perrong, Esq.
> Perrong Law LLC
> PA Bar #333687
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> *Attorney for Plaintiff*