IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JORGE AJEJANDRO ROJAS,
Plaintiff/Counter-Defendant,

vs.

DV INJURY LAW PLLC,
VENAR RAAD AYAR and
DANIEL P. HEILBRUN,
Defendants/Counter-Plaintiffs/
Third-Party Plaintiffs,

vs.

MARK NOWICKI,
Third-Party Defendant.

Case. No. 2:23-cv-12140-LVP-EAS
Hon. District Court Judge Linda V. Parker
Hon. Magistrate Judge Elizabeth A. Stafford

---

## DEFENDANTS' OFFER OF JUDGMENT TO PLAINTIFF PURSUANT TO RULE 68

Defendants make the following Offer of Judgment pursuant to Rule 68: Defendants pay Plaintiff $1,500.00 (One-Thousand Five-Hundred Dollars) in exchange for a Dismissal With Prejudice of Plaintiff's Complaint.

Respectfully submitted,
*/S/ Mark L. Teicher (P34301)*
Of Counsel
Law Office of Venar Raad Ayar, PLLC
30095 Northwestern Hwy., Suite 102
Farmington Hills, MI 48334

Dated: March 15, 2024

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JORGE AJEJANDRO ROJAS
Plaintiff/Counter-Defendant,

vs.

Case. No. 2:23-cv-12140-LVP-EAS
Hon. District Court Judge Linda V. Parker
Hon. Magistrate Judge Elizabeth A. Stafford

DV INJURY LAW PLLC,
VENAR RAAD AYAR and
DANIEL P. HEILBRUN,
Defendants/Counter-Plaintiffs.

_____

## **CERTIFICATE OF SERVICE**

On March 15, 2024 I served:

Andrew Perrong, Esq. and Jeanne Barron, Esq.

Via email and U.S. Mail at:
a@perronglaw.com                    jbarron@jshlaw.com
   and                                 and
Andrew Perrong, Esq.                Jeanne Barron, Esq.
2657 Mt. Carmel Ave.              3250 W. Big Beaver Rd., Suite 500
Glendale, PA  19038                Troy, MI 48084

With a copy of:

Defendants' Offer Of Judgment To Plaintiff Pursuant To Rule 68 and the
Certificate of Service.

Respectfully submitted,

*/S/Mark L. Teicher*
Mark L. Teicher (P34301)

Dated: March 15, 2024