IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Jorge Alejandro Rojas<br><br>　　　　Plaintiff,<br><br>　v.<br><br><br>DV Injury Law PLLC, Venar Raad Ayar, and Daniel P. Heilbrun<br><br>　　　　Defendants.<br><br>*And Associated Counterclaims and Third Party Claims* | Case No. 2:23-cv-12140-LVP-EAS<br><br><br>**JURY TRIAL DEMANDED**<br>**JUDGE PARKER**<br>**MAGISTRATE J. STAFFORD** |

## [PROPOSED] JUDGMENT IN FAVOR OF PLAINTIFF JORGE ALEJANDRO ROJAS

　　Upon consideration of the Notice of Acceptance of Offer of Judgment (ECF No. 32), and it appearing that all of the conditions for entry of judgment under FED. R. CIV. P. 68 have been met, it is

　　ORDERED that Judgment in favor of Plaintiff Jorge Alejandro Rojas and against Defendants is entered forthwith in the amount of One Thousand Five Hundred Dollars and No Cents ($1,500.00), plus post-judgment interest and costs, as later determined and approved by this Court.

　　IT IS SO ORDERED

2

DATED this _____

                                      _____
                                      Hon. Linda V. Parker
                                      U.S. District Judge