IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

JORGE AJEJANDRO ROJAS
Plaintiff/Counter-Defendant,

vs.

Case. No. 2:23-cv-12140-LVP-EAS
Hon. District Court Judge Linda V. Parker
Hon. Magistrate Judge Elizabeth A. Stafford

DV INJURY LAW PLLC, et al.
Defendants/Counter-Plaintiffs, et al.

_____

### STIPULATED ORDER

Upon amicable agreement of all counsel,

IT IS HEREBY ORDERED that Plaintiff/Counter-Defendant shall answer Defendants/Counter-Plaintiffs' Interrogatories & Requests For Production Of Documents by June 14, 2024.

**SO ORDERED.**

s/ Linda V. Parker
LINDA V. PARKER
U.S. DISTRICT JUDGE

Dated: May 30, 2024


*/S/ Andrew Perrong*
Andrew Perrong, Esq.
Attorney for Plaintiff

*/S/ Jeanne Barton*
Jeanne Barron, Esq.
Attorney for Counter-Defendant

*/S/ Mark Teicher*
Mark Teicher, Esq.
Attorney for Defendants/
Counter-Plainitiffs