UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORGE ALEJANDRO ROJAS,

        Plaintiff,                            Civil Case No. 23-12140
                                                      Honorable Linda V. Parker

v.

DV INJURY LAW PLLC, et al.,

        Defendant.
_____/

## SHOW CAUSE ORDER

Plaintiff initiated this lawsuit on August 21, 2023.  It appears that as of this date, Defendant has failed to serve Mark Dombrowski with the third party summons and a copy of the Complaint.

Rule 4(m) of the Federal Rules of Civil Procedure provide in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court– on motion or on its own after notice to the plaintiff– must dismiss the action without prejudice against that defendant or order that service be made within a specified time. . . .

Fed. R. Civ. P. 4(m).  The rule further provides, however, that "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  *Id*.

Accordingly, Defendant shall show cause in writing within **fourteen (14) days** of this Opinion and Order why its claims against Third Party Defendant Mark

Dombrowski should not be dismissed. Defendant's failure to respond to this Order or to establish good cause for failing to effectuate service will result in this Court dismissing its claims against Third Party Defendant Mark Dombrowski pursuant to Rule 4(m).

**SO ORDERED**.

s/ Linda V. Parker<br>LINDA V. PARKER<br>U.S. DISTRICT JUDGE

Dated: May 30, 2024