UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORGE ALEJANDRO ROJAS,

    Plaintiffs,

v.

                                     Case No. 23-12140
                                     Honorable Linda V. Parker

DV INJURY LAW PLLC, et al.,

    Defendants.
_____/

**<u>NOTICE TO APPEAR FOR TELEPHONIC STATUS CONFERENCE</u>**

**YOU ARE NOTIFIED TO APPEAR BY TELEPHONE ON**

<u>July 18, 2024 at 11:00 AM</u> for Telephonic Status Conference.  **Counsel shall call the Court's conference line at 1-810-674-0063 and use Access Code 789596433#.**

                                     s/ Linda V. Parker
                                     LINDA V. PARKER
                                     U.S. DISTRICT JUDGE

Dated: July 17, 2024

I hereby certify that a copy of the foregoing document was mailed to counsel of record and/or pro se parties on this date, July 17, 2024, by electronic and/or U.S. First Class mail.

                                     s/ A. Flanigan
                                     Case Manager