UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORGE ALEJANDRO ROJAS,

  Plaintiff/Counter Defendant,

             v.

DV INJURY LAW PLLC,
et al.,

  Defendants/Counter Plaintiffs.
_____/

Case No. 23-cv-12140
Honorable Linda V. Parker

## JUDGMENT

The Court has considered the Notice of Acceptance of Offer of Judgment (ECF No. 32), and it appears that all of the conditions for entry of judgment under Federal Rule of Civil Procedure 68 have been met. Moreover, an Order granting Plaintiff's/Counter Defendant's motion for entry of judgment (ECF No. 33) has been entered on this date. Accordingly,

**IT IS ORDERED** that Judgment in favor of Plaintiff/Counter Defendant Jorge Alejandro Rojas and against Defendants/Counter Plaintiffs is entered in the amount of One Thousand Five Hundred Dollars and No Cents ($1,500.00), plus post-judgment interest and costs, as later determined and approved by this Court.

                                            s/ Linda V. Parker
                                            LINDA V. PARKER
                                            U.S. DISTRICT JUDGE

Dated: August 2, 2024