**Costs Sought Against: DV INJURY LAW PLLC, VENAR RAAD AYAR, and DANIEL P. HEILBRUN**

**Item A. Fees of the Clerk.**

The filing fee is the only requested fee under section A. Plaintiff mailed a check which was cashed electronically on August 28, 2024, and the Court's docket also reflects an entry stating that the filing fee was paid.

Below is a screenshot of the debit transaction from Plaintiff's bank account.

| Date | Check # | Description | Type | Amount |
| --- | --- | --- | --- | --- |
| Aug 28, 2023 | #107 | CHECK # 0107 US COURTS MIED-D PAYMENT DETRMI POP ID: 0000463902 | Check | -$402.00 |

**Item B. Fees for service of summons and subpoena.**

Plaintiff mailed requests to waive service of process to all Defendants, which were not returned. Following this, Plaintiff commenced service of process on each of the three Defendants, via ABCLegal, to the address 30095 Northwestern Hwy Ste 102, Farmington Hills, MI 48334-3285 (the address for each Defendant, as demonstrated by the Defendants own Witness List filing (Dkt. 31). Each Defendant had three attempts that were unsuccessful. The costs of these service attempts was $285.00. The proof of non-service and invoice is enclosed to this filing.

After these failed attempts via ABCLegal, Plaintiff requested service of process via other process servers, which were ultimately successful in obtaining service as to Defendant DV Injury Law (Dkt. 7 has the proof of service along with a process servers statement of the fees - $55.00), and Defendant Ayar (Dkt. 10 has the proof of service along with a process servers statement of the fees - $140.00).

While Defendants sought to quash service on DV Injury Law (Dkt. 8), said motion was ultimately withdrawn by Defendants prior to a formal ruling (January 18, 2024 Minute Entry).

These expenses were necessarily incurred in order to perform service of process as Plaintiff believes Defendants were evasive throughout.

The total requested costs for Item B is $480.00 ($140.00 + $55.00 + $285.00).

. . .

Plaintiff has prevailed in this matter, and pursuant to Fed. R. Civ. P. 68 and Fed. R. Civ. P. 54, requests costs in this matter of $882.00, joint and several as to all Defendants.