

# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 633 Yesler Way, Seattle, WA 98104 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

Jorge Rojas <rojas.jorge96@gmail.com>
557 Cambridge Way
Bolingbrook, IL 60440

| | |
|---|---|
| INVOICE# | 15164895.100 |
| DATE | Sep 25, 2023 |
| ACCOUNT# | 140383 |
| ATTENTION | rojas.jorge96@gmail.com |
| REFERENCE# | REF-13750300 |

**AMOUNT DUE** $ 0.00

| CASE # | N/A |
|---|---|
| CASE TITLE | N/A |
| COURT | N/A |

**SERVICES PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** 1 - Complaint.pdf, Pages from 5 - Summons- VRA.pdf, Pages from 5 - Summons - DV.pdf, 5 - Summons DPH.pdf<br>**Rush Requested:** No<br>**Parties To Serve:** 3 | 285.00 |
| | | |

| | |
|---|---|
| SUBTOTAL | $ 285.00 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 285.00** |

**PAYMENTS**

| SOURCE | DATE | AMOUNT |
|---|---|---|
| MasterCard ending in 6551 | September 25, 2023 | 285.00 |
| | | |

| | |
|---|---|
| **AMOUNT PAID** | **$ 285.00** |

| | |
|---|---|
| **AMOUNT DUE** | **$ 0.00** |

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     2:23-CV-12140-LVP-EAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Venar Raad Ayar**
was recieved by me on  **9/26/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because **No contact** after attempting service at **30095 Northwestern Hwy #102, Farmington Hills, MI 48334**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:   10/09/2023

*Server's signature*

**Jazmyne Lewis**
*Printed name and title*

**15900 w 10 mile rd
Ste 211
Southfield, MI 48075**

*Server's address*

Additional information regarding attempted service, etc:

**9/28/2023 10:58 AM: I spoke with an individual who identified themselves as the robert and they stated subject employed but not available at this time.
10/5/2023 9:47 AM: I spoke with an individual who identified themselves as the front desk agent and they stated subject employed but not available at this time.
10/6/2023 7:57 PM: There was no answer at the address.
10/8/2023 2:55 PM: There was no answer at the address.  The office appears to be closed as the lights were off**




Tracking #: **0115698945**

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:23-CV-12140-LVP-EAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **DV Injury Law PLLC**
was recieved by me on  **9/26/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☒   I returned the summons unexecuted because **No contact** after attempting service at **30095 Northwestern Hwy #102, Farmington Hills, MI 48334**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:    10/09/2023

*Server's signature*

**Jazmyne Lewis**
*Printed name and title*

**15900 w 10 mile rd
Ste 211
Southfield, MI 48075**

*Server's address*

Additional information regarding attempted service, etc:

**9/28/2023 10:58 AM: I spoke with an individual who identified themselves as the robert and they stated subject employed but not available at this time.
10/5/2023 9:47 AM: I spoke with an individual who identified themselves as the front desk agent and they stated subject employed but not available at this time.
10/6/2023 7:57 PM: There was no answer at the address.
10/8/2023 2:55 PM: There was no answer at the address.  The office appears to be closed as the lights were off**



Tracking #: **0115698921**



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    2:23-CV-12140-LVP-EAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Daniel P. Heilbrun**
was recieved by me on  **9/26/2023:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒   I returned the summons unexecuted because **No contact** after attempting service at **30095 Northwestern Hwy #102, Farmington Hills, MI 48334**; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 95.00** for services, for a total of **$ 95.00**.

I declare under penalty of perjury that this information is true.

Date:   10/09/2023

*Server's signature*

**Jazmyne Lewis**
*Printed name and title*

**15900 w 10 mile rd
Ste 211
Southfield, MI 48075**

*Server's address*

Additional information regarding attempted service, etc:

**9/28/2023 10:58 AM: I spoke with an individual who identified themselves as the robert and they stated subject employed but not available at this time.
10/5/2023 9:47 AM: I spoke with an individual who identified themselves as the front desk agent and they stated subject employed but not available at this time.
10/6/2023 7:57 PM: There was no answer at the address.
10/8/2023 2:55 PM: There was no answer at the address.  The office appears to be closed as the lights were off**



Tracking #: **0115698934**

