### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Jorge Alejandro Rojas, <br><br>   Plaintiff/Counter-Defendant, <br><br> v. <br><br> DV Injury Law PLLC, Venar Raad Ayar, and Daniel P. Heilbrun, <br><br>   Defendants/Counter-Plaintiffs/Third-Party Plaintiffs. <br><br> v. <br><br> Mark Dombrowski, <br><br>   Third-Party Defendant. | Case No. 2:23-cv-12140-LVP-EAS |

### NOTICE OF WITHDRAWAL OF PLAINTIFF/COUNTER-DEFENDANT'S MOTION TO DISMISS

NOW COMES the above-named Plaintiff/Counter-Defendant, JORGE ROJAS, by and through her attorneys, Law Offices of Johnston, Sztykiel, Hunt, Fraser, Gold & Barron, P.C., and hereby gives notice of withdrawing his Motion to Dismiss.

                                                    Respectfully Submitted,

                                                    Law Offices of
JOHNSTON, SZTYKIEL & HUNT, FRASER, GOLD & BARRON, P.C.

BY    */s/ Jeanne V. Barron*
JEANNE V. BARRON (P37138)
JOHNSTON, SZTYKIEL & HUNT, FRASER, GOLD & BARRON, P.C.
Attorneys for Counter-Defendant, Rojas
3250 West Big Beaver Road, #500
Troy, Michigan 48084
(248) 641-1800; Fax: (248) 641-384

Dated: August 5, 2024