# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Jorge Alejandro Rojas,

v.

DV Injury Law PLLC et al

Civil No: 23-12140

Judicial Officer: Terrence G. Berg

# TAXED BILL OF COST

On 8/2/2024, a judgment was entered in favor of **the Plaintiff.** The prevailing party now requests the clerk to tax the following costs:

|   |   | Amount Requested | Amount Allowed | CLERK'S COMMENTS |
|---|---|---|---|---|
| A | Fees of the Clerk (28:1920(1))(28:1923) | $402.00 | $402.00 | |
| B | Service Fees | $480.00 | $480.00 | |
| C | Court Reporter Fees | | | |
| D | Printing Fees | | | |
| E | Witness Fees | | | |
| F | Exemplification & Copy Fees | | | |
| G | Docket fees (28 U.S.C. 1923) | | | |
| H | Costs on Mandate of Appeal | | | |
| I | Court-appointed experts | | | |
| J | Interpreters and Services | | | |
| K | Other costs | | | |
| | | $882.00 | $882.00 | |

**After the taxation clerk has taxed costs, counsel for either side may, within seven (7) days, file motions to review the clerk's action.**

Date: 8/8/2024

s/N. Ahmed
*Deputy Clerk*

Rev. 11/22/11

# Mailing Information for a Case 2:23-cv-12140-LVP-EAS Rojas v. DV Injury Law PLLC et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Jeanne V. Barron**
  Jbarron@jshlawmi.com,Kmyers@jshlawmi.com
- **Andrew Roman Perrong**
  a@perronglaw.com,perronglaw@recap.email
- **Mark L. Teicher**
  marklteicher@aol.com