**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| JORGE ALEJANDRO ROJAS,<br><br>*Plaintiff – Judgment Creditor,*<br><br>vs.<br><br>DV INJURY LAW PLLC, VENAR RAAD AYAR, and DANIEL P. HEILBRUN,<br><br>*Defendants – Judgment Debtors.* | Case No. 2:23-CV-12140-LVP-EAS<br><br>Assigned to:<br>District Judge Linda V. Parker<br>Magistrate Judge Elizabeth A. Stafford |

**NOTICE OF FULL SATISFACTION OF JUDGMENT**

NOTICE IS HEREBY GIVEN that the August 2, 2024 Judgment (Dkt. 42) and August 8, 2024 Taxation of Costs (Dkt. 45) have been satisfied in full.

Respectfully submitted,

Dated: July 2, 2025

*/s/ Andrew R. Perrong*
Andrew Roman Perrong
PA Bar # 333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com
*Attorney for Plaintiff – Judgment Creditor*

**CERTIFICATE OF SERVICE**

I certify that a copy of this filing will be sent via the Court's CM/ECF system to counsel for Defendants.

Dated: July 2, 2025

*/s/ Andrew R. Perrong*
Andrew Roman Perrong
Perrong Law LLC